1  HEATHER E. WILLIAMS, Bar #122664
   Federal Defender
2  CHARLES J. LEE, Bar #221057
   Branch Chief, Fresno Office
3  Assistant Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )  Case No. 6:19-po-00253 JDP
                                      )
12        Plaintiff,                  )  **APPLICATION AND ORDER**
                                      )  **APPOINTING COUNSEL**
13   vs.                              )
                                      )  **Date:   9/10/19**
14   AJIA M. LEMAS,                   )  **Time:  10:00 a.m.**
                                      )  **Place:  YNP**
15        Defendant.                  )  **Judge: Hon. Jeremy D. Peterson**
                                      )
16   _____      )

17        Defendant, Ajia M. Lemas, through the Federal Defender for the Eastern District of

18   California, hereby requests appointment of CJA Panel Counsel.  Our office has a conflict.

19        Defendant submits the attached Financial Affidavit as evidence of her inability to retain

20   counsel.  Defendant is charged by citation with disorderly conduct in violation of 36 C.F.R.

21   § 2.34(a)(1).  Defendant is now scheduled to make her initial appearance in Yosemite on

22   September 10, 2019 at 10:00 a.m. before the Honorable Jeremy D. Peterson, United States

23   Magistrate Judge.  Therefore, after reviewing the Financial Affidavit, it is respectfully

24   recommended that counsel be promptly appointed in light of, and in preparation for, her

25   upcoming court appearance.

26        DATED:  August 23, 2019                    */s/ Charles J. Lee*
                                              CHARLES J. LEE
27                                            Assistant Federal Defender
                                              Branch Chief, Fresno Office
28

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retained counsel, the Court hereby appoints CJA Panel Counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:  **August 23, 2019**          _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE