Sean O. Anderson
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>AJIA M. LEMAS,<br><br>         Defendant. | Case No.  6:19-po-00253-JDP<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

  The parties having entered into a Deferred Prosecution Agreement, the United States hereby moves the Court for an order of dismissal without prejudice pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon.

Dated:  September 10, 2020      /S/ Sean O. Anderson_____
                    Sean O. Anderson
                    Legal Officer
                    Yosemite National Park

1

**ORDER**

Upon application of the United States, good cause having been shown therefor, it is hereby ordered that the above-referenced matter, *United States v. Lemas*, 6:19-po-00253-JDP, be dismissed without prejudice.

IT IS SO ORDERED.

Dated:   September 11, 2020            _____
                                        UNITED STATES MAGISTRATE JUDGE